| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>FAGG, GEORGE G | 2. Court or Organization<br><br>COURT OF APPEALS, 8TH CIRCUIT | 3. Date of Report<br><br>4/19/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>CIRCUIT JUDGE (SENIOR) | 5. ReportType (check appropriate type)<br><br>○ Nomination.  Date<br><br>○ Initial   ⦿ Annual   ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>455 U.S. Courthouse Annex<br>110 East Court Avenue<br>Des Moines, Iowa 50309-2051 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only, see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED
2005 APR 26 A 11: 16
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | Effective May 1999, at age 65, I receive a retirement pension from the Iowa judicial retirement system based on service as an Iowa trial judge. | |
| 2. | In calendar year 2004, I received $14,947.80. | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** – (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** – (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FAGG, GEORGE G | 4/19/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Alliant Energy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 2. Alliant Energy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 3. IMC Global Common Stock | A | Dividend | J | T | Merger | 10/04 | J | A | The Mosaic Co. |
| 4. Freeport-McMoran Copper & Gold Common Stock | A | Dividend | J | T | | | | | |
| 5. American Electric Power Co. Common Stock | A | Dividend | J | T | | | | | |
| 6. FMC Technologies | A | Dividend | J | T | | | | | |
| 7. Corn Products, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 8. BP AMOCO Common Stock | A | Dividend | J | T | | | | | |
| 9. Ford Motor Common Stock | A | Dividend | J | T | | | | | |
| 10. Colgate Palmolive Common Stock | A | Dividend | J | T | Sale | 9/04 | J | C | |
| 11. Pifzer, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 12. HB Fuller Co. Common Stock | A | Dividend | J | T | Sale | 9/04 | J | A | |
| 13. Wells Fargo Common Stock | A | Dividend | J | T | | | | | |
| 14. Qwest Commications Common Stock | A | Dividend | J | T | | | | | |
| 15. McDonalds Corp. Common Stock | A | Dividend | J | T | | | | | |
| 16. Diebold, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 17. RPM Common Stock | A | Dividend | J | T | | | | | |
| 18. Intel Common Stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Lucent Technologies     Common Stock | A | Dividend | J | T | | | | | |
| 20. Cisco, Inc. | A | Dividend | J | T | | | | | |
| 21. ITT Hartford     (Annuity) | A | Interest | J | T | | | | | |
| 22. Equitable Life Ins.     (Annuity) | A | Interest | K | T | | | | | |
| 23. Paladin Energy Partners     Denver, Colorado | B | Royalty | J | W | | | | | |
| 24. Wells Fargo Bank, Johnston, IA   Saving-Checking-CDs | D | Interest | M | T | | | | | |
| 25. Bank of America, Urbandale, IA  Checking—CDs | B | Interest | L | T | | | | | |
| 26. Charter Bank, Johnston, IA   CDs | B | Interest | L | T | | | | | |
| 27. First Bank, Johnston, IA   CDs | B | Interest | K | T | | | | | |
| 28. Owner-Farm-Hardin County, IA 100% Tax Assessment-$66,005 | D | Crop | L | S | | | | | |
| 29. Chicago Ill. Midway Airport   Revenue Bond | A | Interest | J | T | | | | | |
| 30. Duke Realty Co. | A | Dividend | J | T | | | | | |
| 31. CLECO Power LLC | A | Interest | J | T | | | | | |
| 32. Discover Bank -CDs     Greenwood, Del. | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

None

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| | FAGG, GEORGE G | 4/19/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____  Date __April 19, 2005__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544